FILED

JUL 21 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case# 10-CR-00057-GKF |
| DENNY EDWARD PHILLIPS, | ) |
| Defendant. | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending jury trial.

Respectfully submitted,

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

_____
Joel-lyn A. McCormick, OBA# 18240
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700
FAX#: (918) 560-7954
joel-lyn.a.mccormick@usdoj.gov